UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.  No. 1:15-CV-00041-GHD-DAS

EASEMENTS AND RIGHTS-OF-WAY
OVER A TOTAL OF 6.41 ACRES OF LAND,
MORE OR LESS, IN LEE COUNTY,
MISSISSIPPI, and
DARRELL DUFFIE,
CYNTHIA DUFFIE, his wife,
Defendants.

## ORDER OF POSSESSION

Pursuant to 40 U.S.C. §§ 3114-3118 (2006), which authorizes the Court "to give the Government immediate possession of the [condemned] property" (*United States v. Miller*, 317 U.S. 369, 381 (1943)), it is hereby Ordered that the Tennessee Valley Authority, as agent of the United States of America, be put into immediate possession of the property described in the Declaration of Taking filed in this action to the extent necessary to permit the Tennessee Valley Authority to carry on any of its operations described in the pleadings filed herein, and that the

Defendants in such action surrender possession of the said property to the Tennessee Valley Authority accordingly.

This 11th day of March, 2015.

／s／ *Ale H. Danielo*
SENIOR U.S. DISTRICT JUDGE

Tendered by:

*s/Elizabeth A. Birdwell*
Elizabeth A. Birdwell (TN BPR 026648)
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone    865.632.7346
Facsimile    865.632.2422
Email    eabirdwell@tva.gov

Attorney for Plaintiff